# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

February 24, 2015

150376(69)

ANNE E. HANTON, Trustee of the ANNE
M. HANTON TRUST DATED 5/18/06,
       Plaintiff-Appellee,

v

HANTZ FINANCIAL SERVICES, INC., HANTZ
GROUP, INC., JOHN FREDERICK BEEBE,
ALLEN JAMES KLEIN, JOHN FRANCIS
MacINTOSH, LISA CARMELLA McCLAIN,
DUANE ALLAN McCOLLUM, JAMIE MILLER
RACINE, MICHAEL ORAS REID, JEFFREY
HAROLD SOPER, CHARLES FRANK
TOURANGEAU, EDWARD ERWIN VETTEL,
JR., RENEE ANN YAROCH, STEPHEN ROBERT
ZURAWSKI, and JOHN RUSSEL HANTZ,
       Defendants-Appellants.
_____/

SC: 150376
COA: 314889
Oakland CC: 2012-125447-NZ

      On order of the Chief Justice, the motion of the Michigan Chamber of Commerce to participate as amicus curiae is GRANTED. The amicus brief submitted on February 13, 2015, in support of defendants-appellants' application for leave to appeal is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2015

